1  JUSTIN X. WANG (CSB #166183)
   **BAUGHMAN & WANG**
2  111 Pine Street, Suite 1350
   San Francisco, California 94111
3  Telephone: (415) 576-9923
   Facsimile:  (415) 576-9929
4
   Attorney for Plaintiff
5  ALEXEY SHIKANOV

6
                    UNITED STATES DISTRICT COURT
7
                  NORTHERN DISTRICT OF CALIFORNIA
8

9  ALEXEY SHIKANOV                     )    Case No.:
                                       )
10                       Plaintiff,    )    **C 07 2409**
                                       )
11 vs.                                 )    **PETITION FOR HEARING ON**
                                       )    **NATURALIZATION APPLICATION**
                                       )    **UNDER 8 U.S.C. § 1447(B)**
12 *Michael Chertoff*, Secretary of the Department )
   of Homeland Security;              )
13 *Emilio T. Gonzalez*, Director, U.S. Citizenship )
   and Immigration Services;          )
14 *Robin Barrett*, Field Office Director, San )
   Francisco District Office, U.S. Citizenship and )
15 Immigration Services;              )
   *Robert S. Mueller*,              )
16 Director of Federal Bureau of Investigation )
                                       )
17                       Defendants.   )
                                       )
18 ─────────────────────────────────────

19         COMES NOW Alexey SHIKANOV, Plaintiff in the above-styled and numbered cause,

20 and for cause of action would show to the Court the following:

21 1.      This action is brought for a hearing to decide Plaintiff's naturalization application due to

22 Defendants' failure to adjudicate the application within 120 days after the first examination in

23 violation of the Immigration and Nationality Act ("INA") § 336(b) and 8 U.S.C. §1447(b).

                          **PARTIES**
24
25 2.      Plaintiff Alexey SHIKANOV, a citizen of the Russian Federation, is a lawful permanent

26 resident of the United States (A#73 402 054). On June 11, 2004, Plaintiff was interviewed for his

27 naturalization application (**Exhibit 1**). Defendants have failed to make a decision on the

28 application within 120 days after the examination.

1    3.      Defendant Michael Chertoff is the Secretary of the Department of Homeland Security

2    (DHS),and this action is brought against him in his official capacity.  He is generally charged with

3    enforcement of the Immigration and Nationality Act, and is further authorized to delegate such

4    powers and authority to subordinate employees of the DHS. 8 U.S.C. §1103(a); 8 C.F.R. § 2.1.

5    4.      Defendant Emilio T. Gonzalez, is the Director of the United States Citizenship and

6    Immigration Service (USCIS), an agency within the DHS to whom the Secretary's authority has in

7    part been delegated and is subject to the Secretary's supervision.  Defendant Director is generally

8    charged with the overall administration of benefits and immigration services.  8 C.F.R. § 100.2(a)

9    5.      Defendant Robin Berrett, Field Office Director of San Francisco District Office, is an

10   official of the USCIS generally charged with supervisory authority over all operations of the

11   USCIS within her District with certain specific exceptions not relevant here.  8 C.F.R.

12   §100.2(d)(2)(ii).  As will be shown, Defendant Officer is the official with whom Plaintiff's

13   naturalization application remains pending.

14   6.      Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigations (FBI),

15   the law enforcement agency that conducts security clearances for other U.S. government agencies,

16   such as the Department of State.  As will be shown, Defendant has failed to complete the security

17   clearances on Plaintiff's cases.

18                                          **JURISDICTION**

19   7.      Jurisdiction in this case is proper under the INA § 336(b) and 8 U.S.C. §1447(b).  Relief is

20   requested pursuant to said statutes.

21                                             **VENUE**

22   8.      Venue is proper in this court, pursuant to 8 U.S.C. §1447(b), in that Plaintiff may request a

23   hearing on the matter in the District where Plaintiff resides.

24                                      **CAUSE OF ACTION**

25   9.      Plaintiff is a lawful permanent resident of the United States.  On June 11, 2004, Plaintiff

26   was interviewed for her naturalization application (**Exhibit 1**).

27   10.     Upon multiple inquiries with the USCIS and FBI, Plaintiff was informed that his

28   Application for Naturalization is pending for the background checks (**Exhibit 2**).

11.     Plaintiff's application for naturalization has now remained un-adjudicated for almost 35 months from the date of interview.

12.     Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements.

13.     Defendants, in violation of 8 U.S.C. § 1447 (b), have failed to make a determination on Plaintiff's naturalization application within the 120-day period after the date of examination.

**PRAYER**

14.     WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order adjudicating the naturalization application.  In the alternative, the Court may remand requiring Defendants to immediately adjudicate Plaintiff's naturalization application. In addition, Plaintiff requests an award of reasonable attorney's fees under the Equal Access to Justice Act and such other relief at law and in equity as justice may require.

Dated: May 1, 2007                                    Respectfully submitted,


_____
Justin X. Wang, Esq.
Attorney for Plaintiff

EXHIBIT 1

## THE UNITED STATES OF AMERICA

| Request for Applicant to Appear for Naturalization Initial Interview | NOTICE DATE April 15, 2004 |
|---|---|

| CASE TYPE | INS A# |
|---|---|
| N400    Application For Naturalization | A 073 402 054 |

| APPLICATION NUMBER WSC*001049683 | RECEIVED DATE November 14, 2003 | PRIORITY DATE November 14, 2003 | PAGE 1 of 1 |
|---|---|---|---|

APPLICANT NAME AND MAILING ADDRESS
ALEXEY SHIKANOV
1007 MOHR LN 2
CONCORD CA 94518

hlululdhudllhh

**Please come to:**
USINS OAKLAND CUSA
1301 CLAY ST
ROOM 380N
MAIN ROOM
OAKLAND CA 94612
**On (Date):**  Friday, June 11, 2004
**At (Time):**  09:35 AM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled **appointment time.** The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

**You MUST BRING the following with you to the interview:**
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen:
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
630 SANSOME ST
SAN FRANCISCO CA 94111-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY



EXHIBIT 2

BARBARA BOXER
CALIFORNIA

COMMITTEES:
COMMERCE, SCIENCE,
AND TRANSPORTATION
ENVIRONMENT
AND PUBLIC WORKS
FOREIGN RELATIONS

# United States Senate

HART SENATE OFFICE BUILDING
SUITE 112
WASHINGTON, DC 20510-0505
(202) 224-3553
http://boxer.senate.gov/contact

January 7, 2007

Mr. Alexey Shikanov
1007 Mohr Lane, Apartment 2
Concord, California 94518

Dear Mr. Shikanov:

I am writing to acknowledge your correspondence to Senator Boxer on November 6, 2006, regarding your pending FBI name check clearance.

An inquiry was made on your behalf and it was found that your case is still pending said clearance.

I regret that this information could not be more favorable; however please do not hesitate to contact us in the future should you require assistance with the federal government. Thank you for contacting Senator Boxer.

Sincerely,

Maria Jimena Acuña
Constituent Representative

Enclosure

1700 MONTGOMERY STREET
SUITE 240
SAN FRANCISCO, CA 94111
(415) 403-0100

312 NORTH SPRING STREET
SUITE 1748
LOS ANGELES, CA 90012
(213) 894-5000

501 'I' STREET
SUITE 7-600
SACRAMENTO, CA 95814
(916) 448-2787

2500 TULARE STREET
SUITE 5290
FRESNO, CA 93721
(559) 497-5109

600 'B' STREET
SUITE 2240
SAN DIEGO, CA 92101
(619) 239-3884

201 NORTH 'E' STREET
SUITE 210
SAN BERNARDINO, CA 92401
(909) 888-8525

PRINTED ON RECYCLED PAPER

U.S. Department of Homeland Security
Washington. DC 20528



**U.S. Citizenship
and Immigration
Services**

HQCIS 181/48.2-C

NOV **2 9** 2006

Mr. Alexey Shikanov
Apartment 2
1007 Mohr Lane
Concord, CA 94518

Dear Mr. Shikanov:

Thank you for your letter dated July 1, 2006, to the U.S. Citizenship and Immigration Services
Ombudsman (CISO). Your letter concerning your N-400, Application for Naturalization was
assigned case #557542 and forwarded to the Customer Assistance Office for a response.

The processing of your N-400 case is still pending and until the background investigation is
completed, we cannot move forward on your case. We are aware that your case has passed the
processing time; unfortunately, sometimes adjudicating a case can become a lengthy process.

The name check is required to be completed on all applicants who apply for the immigration
benefit you are seeking. We will make every effort to make a decision on your case as soon as
the name check is completed. If you do not receive a decision or other notice of action from us
within 6 months of the date of this letter, please contact Customer Service at 1-800-375-5283.

We trust that this information is helpful.

Sincerely,

Constance U. Carter, Supervisor
Customer Assistance Office
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security

U.S. Department of Homeland Security
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

ALEXEY SHIKANOV
1007 MOHR LANE APT 2
CONCORD,CA  94518

File No. A073-402-054
App Id:
Date: 08-4-06
Officer:  db

Re: Pending N-400 for Background Check


        This is in response to your recent inquiry. A review of your
application shows that your Form N        -400, Application for
Naturalization, is still pending for the completion of all
necessary background checks. Unfortunately a decision on your
application canno t be made until all required security checks
have been completed. All cases pending for security checks are
regularly reviewed for any new cases that have cleared.

We apologize for the delay and request your cooperation and
patience in waiting for thes e important checks to be completed.
Please refer to the attached Immigration Fact Sheet for
additional information on the importance of security background
checks.

Any future inquiries for cases pending outside normal processing
times should be directed t o the National Customer Service Center
at 1-800-375-5283.


        Thank you.


        U.S. Citizenship and Immigration Services
        630 Sansome Street
        San Francisco CA 94111



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

WH 530350

May 19, 2006

Mr. Alexey Shikanov
Apartment 2
1007 Mohr Lane
Concord, CA 94518

Dear Mr. Shikanov:

Your letter dated March 6, 2006, directed to President Bush concerning your name check status for immigration purposes, was forwarded to the Department of Justice and subsequently referred to the Federal Bureau of Investigation (FBI) for reply.

A review of the FBI's Name Check Program database revealed that your request, received from the United States Citizenship and Immigration Services on December 1, 2003, is still pending.

The FBI is sensitive to the impact of the delays in processing name check requests. At the same time, the consequence of the FBI's mission on homeland security requires that our name check process be primarily focused on an accurate and thorough result. While an exact date for completion of this review cannot be given, you may be assured that the results will be made available to the immigration authorities as quickly as possible.

I trust this information will be of assistance.

Sincerely,

William L. Hooton
Assistant Director
Records Management Division

U.S. Department of Homeland Security
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

ALEXEY SHIKANOV

1007 MOHR LN APT 2

CONCORD, CA 94518

File No. A073 402 054

App Id:

Date:  03/24/2006

Officer:  jh

cc:

Re: Pending N-400 for Background Check


        This is in response to your recent inquiry.  A review of
your application shows that your Form N-400, Application for
Naturalization,  is  still  pending  for  the  completion  of  all
necessary background checks. Unfortunately a decision on your
application cannot be made until all required security checks
have been completed. All cases pending for security checks are
regularly reviewed for any new cases that have cleared.  We
apologize for the delay and request your cooperation and patience
in waiting for these important checks to be completed.


        Thank you for your cooperation and patience.

        U.S. Citizenship and Immigration Services
        630 Sansome Street
        San Francisco CA 94111

                    Sincerely,

                    David N. Still
                    District Director

BARBARA BOXER
CALIFORNIA

COMMITTEES:
COMMERCE, SCIENCE,
AND TRANSPORTATION
ENVIRONMENT
AND PUBLIC WORKS
FOREIGN RELATIONS

# United States Senate

HART SENATE OFFICE BUILDING
SUITE 112
WASHINGTON, DC 20510-0505
(202) 224-3553
http://boxer.senate.gov/contact

March 10, 2006

Mr. Alexey Shikanov
1007 Mohr Lane, Apartment 2
Concord, California 94518

Dear Mr. Shikanov:

Thank you for your recent correspondence to Senator Boxer regarding the FBI National Name Check Program. It is my understanding that you have a pending application with the U.S. Citizenship and Immigration Services.

After contacting the Federal Bureau of Investigation, it is my understanding that your FBI name check is still pending and that is was submitted on November 25, 2003. Due to the sensitive nature of these clearances, U.S. security will not be compromised and there are no expedites, substitute procedures, or information being released to third parties, including Congressional offices.

The time needed for adjudication will continue to be difficult to predict, as necessary new procedures are refined. If you wish to check on the status of your FBI Name Check, you may e-mail: fbiinncp@ic.fbi.gov. Your note should include the following information:

- Your Complete Name
- Date of Birth
- Alien Registration Number on your Alien Card
- Your email address

Thank you for writing to Senator Boxer. I regret that we are unable to be of more assistance regarding this matter.

Sincerely,

Omar Torres
Constituent Representative

1700 MONTGOMERY STREET
SUITE 240
SAN FRANCISCO, CA  94111
(415) 403-0100

312 NORTH SPRING STREET
SUITE 1748
LOS ANGELES, CA 90012
(213) 894-5000

501 "I" STREET
SUITE 7-600
SACRAMENTO, CA 95814
(916) 448-2787

2500 TULARE STREET
SUITE 5290
FRESNO, CA 93721
(559) 497-5109

600 "B" STREET
SUITE 2240
SAN DIEGO, CA 92101
(619) 239-3884

201 NORTH "E" STREET
SUITE 210
SAN BERNARDINO, CA 92401
(909) 888-8525

PRINTED ON RECYCLED PAPER

ELLEN O. TAUSCHER
10TH DISTRICT, CALIFORNIA

COMMITTEE ON
TRANSPORTATION AND INFRASTRUCTURE
SUBCOMMITTEE ON AVIATION
SUBCOMMITTEE ON
HIGHWAYS, TRANSIT AND PIPELINES
SUBCOMMITTEE ON
WATER, RESOURCES AND THE ENVIRONMENT

COMMITTEE ON ARMED SERVICES
SUBCOMMITTEE ON TERRORISM
SUBCOMMITTEE ON PROJECTION FORCES
SUBCOMMITTEE ON STRATEGIC FORCES

# Congress of the United States
## House of Representatives
### Washington, DC 20515–0510

1034 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
TELEPHONE (202) 225-1880
FAX (202) 225-5914

2121 NORTH CALIFORNIA BOULEVARD
SUITE 555
WALNUT CREEK, CA 94596
TELEPHONE (925) 932-8899
FAX (925) 932-8159

2000 CADENASSO DRIVE
SUITE A
FAIRFIELD, CA 94533
TELEPHONE (707) 428-7792
FAX (707) 438-0523

420 WEST 3RD STREET
ANTIOCH, CA 94509
TELEPHONE (925) 757-7187
FAX (925) 757-7056

Web Address: www.house.gov/tauscher

March 7, 2006

Mr. Alexey Shikanov
1007 Mohr Ln, Apt 2
Concord, California 94518-3898

Dear Mr. Shikanov:

I am writing to follow-up on your inquiry with the USCIS office in San Francisco regarding your N-400 petition. Please be assured that I am continuing to pursue this matter on your behalf.

I sincerely regret the delays that you have experienced in obtaining a timely response. I am working closely with the USCIS office in San Francisco to ensure that your concerns are given full and fair consideration.

Thank you for the opportunity to assist you in this matter. I will continue to diligently pursue your case until this matter is resolved. Please do not hesitate to contact Karen Tedford in my Walnut Creek office should you have any questions. Her number is (925) 932-8899.

Sincerely,

Ellen O. Tauscher
Member of Congress

EOT:kt
Encl.

## Tedford, Karen

**From:**

**Sent:**    Friday, August 19, 2005 11:35 AM

**To:**    Tedford, Karen

**Subject:** Alexey Shikanov


RE:  A73 402 054 (N-400)

Hi Karen,

A final Decision cannot be made on any application for naturalization/adjustment until national security checks are complete and the local US CIS office receives a response.

This process can take many months. Authorities in the Washington D.C. area complete the checks and this office has no control over the pace of their completion. **In fact, it is not unusual for the checks to take well over six months.**

Be advised, that at any given time, there are hundreds of  national security checks pending before the FBI and that a significant portion of the checks take more than six months. Cases with pending security checks are queried every week to ensure that those that have cleared are acted on in a timely manner.

We apologize for the delay and request the subject's  cooperation and patience in waiting for these important checks to be completed.    **IMPORTANT:** Please remind the subject of the importance to properly notify CIS (Naturalization/Adjustment Unit) of any change of address, and to process an AR-11.

I hope this information proves useful.  Inquiry closed.

Regards,

**Tedford, Karen**

| | | |
|---|---|---|
| From: | | .gov] |
| Sent: | Friday, July 01, 2005 6:02 AM | |
| To: | Tedford, Karen | |
| Subject: | Alexey Shikanov | |

RE:  A73 402 054  (N-400)

Hi Karen,

A final Decision cannot be made on any application for naturalization/adjustment  until national security checks are complete and the local US CIS office receives a response.

This process can take many months.  Authorities in the Washington D.C. area complete the checks and this office has no control over the pace of their completion.  In fact, it is not unusual for the checks to take well over six months.

Be advised, that at any given time, there are hundreds of  national security
checks pending before the FBI and that a significant portion of the checks take more than six months.  Cases with pending security checks are queried every week to ensure that those that have cleared are acted on in a timely manner.

We apologize for the delay and request the subject's  cooperation and patience in waiting for these important checks to be completed.    IMPORTANT: Please
remind the subject of the importance to properly notify CIS (Naturalization/Adjustment Unit) of any change of address, and to process an AR-11.

I hope this information proves useful.  Inquiry closed.

Regards,

**ELLEN O. TAUSCHER**
10TH DISTRICT, CALIFORNIA

COMMITTEE ON
TRANSPORTATION AND INFRASTRUCTURE
SUBCOMMITTEE ON AVIATION
SUBCOMMITTEE ON
HIGHWAYS, TRANSIT AND PIPELINES

COMMITTEE ON ARMED SERVICES
SUBCOMMITTEE ON PROJECTION FORCES
SUBCOMMITTEE ON STRATEGIC FORCES
SUBCOMMITTEE ON TOTAL FORCES

## Congress of the United States
## House of Representatives
### Washington, DC 20515–0510

1034 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
TELEPHONE (202) 225–1880
FAX (202) 225–5914

2121 NORTH CALIFORNIA BOULEVARD
SUITE 555
WALNUT CREEK, CA 94596
TELEPHONE (925) 932–8899
FAX (925) 932–8159

2000 CADENASSO DRIVE
SUITE A
FAIRFIELD, CA 94533
TELEPHONE (707) 428–7792
FAX (707) 438–0523

420 WEST 3RD STREET
ANTIOCH, CA 94509
TELEPHONE (925) 757–7187
FAX (925) 757–7056

Web Address: www.house.gov/tauscher

July 1, 2005

Mr. Alexey Shikanov
1007 Mohr Ln, Apt 2
Concord, California  94518-3898

Dear Mr. Shikanov:

I am writing to follow-up on your inquiry with the USCIS office in San Francisco regarding the status of you pending N-400.  To that end, I have  enclosed the latest correspondence I received from the San Francisco office.

Thank you for the opportunity to assist you in this matter.  Please do not hesitate to contact Karen Tedford in my Walnut Creek office should you have any questions.  Her number is (925) 932-8899.

Sincerely,

Ellen O. Tauscher
Member of Congress

EOT:kt
Encl.

 **YAHOO!** MAIL

Print - Close Window

**Subject:** RE: Name Check Status Request - Repeat Transmission - Please Reply

**Date:** Tue, 15 Mar 2005 16:04:39 -0500

**From:** "FBINNCP Email" <FBINNCP@ic.fbi.gov>

**To:** "Alex Shikanov" <alexshikanov@yahoo.com>

Dear Alexey Shikanov:

I am responding to your email dated November 13, 2004, concerning your
name check status for immigration purposes.

A review of the FBI's Name Check Program database revealed that a
request from the U.S. Citizenship and Immigration Services (USCIS) for you
was received on December 1, 2003, and is currently in a pending status.
Due to increased national security concerns, in December 2002 to early
2003, the USCIS submitted an additional 2.7 million name checks for
processing to the FBI.  Although 99.7% of these cases have been finalized,
our efforts to complete the remaining requests continue.  This has
delayed processing of other requests.

You may be assured that the immigration authorities will be advised at
the earliest possible date upon completion of your case.

Sincerely yours,

Michael A. Cannon/gmg
Chief, National Name Check
    Program Section
Records Management Division

_____

From: Alex Shikanov [mailto:alexshikanov@yahoo.com]
Sent: Sat 11/13/2004 7:30 PM
To: FBINNCP Email
Subject: Name Check Status Request - Repeat Transmission - Please Reply


        From: Alex Shikanov
        Subject: Name Check Status Request - Repeat Transmission
        To: fbinncp@ic.fbi.gov


        Dear Sir or Madam,
        Please provide me with the name check status requested by the US CIS
regarding my application for naturalization. The US CIS informs me that
I cannot take my oath due to the pending FBI background check, and that
they don't know when it will be cleared. I have also faxed in a FOIPA
request to the FBI twice to see if records are available to match my
name.

        Thank you for your attention to this matter,
        Sincerely yours,

Alexey Shikanov

```
First Name:    Alexey
Last Name:     Shikanov
DOB:                December 2, 1969
Application
Receipt#:         WSC*001049683
Alien#:             073-402-054
Soc.Sec.No:    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
Tel.:                 (510) 384-3489
Address:
1007 Mohr Ln Apt.2 Concord, CA 94518
email personal: alexshikanov@yahoo.com
email work: alex_shikanov@ibi.com
```

Under penalty of perjury, I hereby declare that I am the person described above and understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a (i)(3) as a misdemeanor and by a fine of not more than $5,000.

Alexey Shikanov <http://www.yahoo.com/>

_____

Do you Yahoo!?
Check out the new Yahoo! Front Page. www.yahoo.com

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON ENERGY AND NATURAL RESOURCES
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND ADMINISTRATION
SELECT COMMITTEE ON INTELLIGENCE

## United States Senate

WASHINGTON, DC 20510–0504

http://feinstein.senate.gov

November 19, 2004

Mr. Alexey Shikanov
1007 Mohr Lane, #2
Concord, California 94518

Dear Mr. Shikanov:

Thank you for contacting my office regarding your concerns with the Citizenship and Immigration Service. I appreciate your bringing this to my attention and giving me an opportunity to see if I can be of assistance.

I have asked Stella Lyazer in my San Francisco office to assist you. Ms. Lyazer has contacted the Citizenship and Immigration Service on your behalf. You will hear back from my office when a response is received from the agency, which usually takes from six to eight weeks.

Again, thank you for contacting me and I will do all I can to help.

Sincerely,

Dianne Feinstein
United States Senator

DF:sl

FRESNO OFFICE:
1130 O STREET
SUITE 2446
FRESNO, CA 93721
(559) 485-7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914-7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231-9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393-0707





**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

*November 17, 2004*

MR ALEXEY SHIKANOV
APARTMENT 2
1007 MOHR LANE
CONCORD, CA 94518

Request No.: 1008510- 000
Subject: SHIKANOV, ALEXEY

Dear Mr. Shikanov:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

A search of the automated indices to our central records system files located no records at FBI Headquarters responsive to your FOIPA request.

Although no records responsive to your FOIPA request were located in our automated indices, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, Suite 570, Flag Building, Washington, D. C. 20530, within 60 days from the date of this letter. The envelope and the letter should be clearly marked "Information Appeal." Please cite the FOIPA request number assigned to your request so that it may easily be identified.

Should you desire a check of our field office files, it will be necessary for you to direct your request to the appropriate field office.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

U.S. Department of Homeland Security
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

File No. 73402 054

App Id:

Date: Nov. 3, 04

Officer:

*alexey Nikanor*

## A Note to Our Applicants Regarding National Security Checks:

A final Decision cannot be made on any application for naturalization until national security checks are complete and the local US CIS office receives a response.

This process can take many months. Authorities in the Washington D.C. area complete the checks and this office has no control over the pace of their completion. **In fact, it is not unusual for the checks to take well over six months.**

It is important to understand that your case is not the only one. At any given time, there are many hundreds of this office's cases pending due to national security checks and that a significant portion of the checks take more than six months. Cases with pending security checks are queried every week to ensure that those that have cleared are acted on in a timely manner.

I thank you for your patience and, with this information in mind, I ask that you wait at least 120 days from the date of your interview before making any inquiries into the status of your case. This will help us use our personnel more efficiently to complete cases rather than diverting them to answer premature status inquiries.

I note that you were interviewed on ___6/16/04.___ for naturalization.

Sincerely,

David ~~_____~~
District Director

U.S. Department of Homeland Security
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

ALEXEY SHIKANOV
1007 MOHR LN #2
CONCORD, CA 94518

File No. A 73402054
App Id:
Date: 11-01-2004
Officer:

Re: Pending N-400 for **BACKGROUND INVESTIGATION**

This is in response to your recent inquiry.   A review of
your application shows that your Form N-400, Application for
Naturalization, is still pending for the completion of all
necessary background checks. Unfortunately a decision on your
application cannot be made until all required security checks
have been completed. All cases pending for security checks are
regularly reviewed for any new cases that have cleared.   We
apologize for the delay and request your cooperation and patience
in waiting for these important checks to be completed. As soon as
your case clears the pending background check you will receive a
notice for your Oath taking. Please allow additional time for
these checks as to our offices do not know how long you will have
to wait.

Thank you for your cooperation and patience.

U.S. Citizenship and Immigration Services
1301 Clay Street Rm#380N
Oakland, CA 94612