UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXEY SHIKANOV

          Plaintiff(s),

v.

MICHAEL CHERTOFF, ET AL.,

          Defendant(s).

No. C 07-2409 WDB

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 5/8/2007

Signature: _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")