**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

**CASE NUMBER:  CV 07-02409 WDB**
**CASE TITLE:  ALEXEY SHIKANOV-v-MICHAEL CHERTOFF**

## REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Honorable Samuel Conti**

   X   San Francisco Division

_____ Oakland Division

_____ San Jose Division for all further proceedings.

This case has been assigned the following new number:  __SC__
**All future filings should reflect this new number.  The old number is no longer applicable to this case.  Please change all of your records accordingly.**

ALL MATTERS OTHER THAN TRIAL DATES PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Dated: _____

FOR THE EXECUTIVE
COMMITTEE:

_Richard W. Wieking_
Clerk

NEW CASE FILE CLERK:
Copies to:      Courtroom Deputies          Special Projects
Log Book Noted                              Entered in Computer 5/9/07-kk

CASE SYSTEMS ADMINISTRATOR:
Copies to:      All Counsel
Transferor CSA