# NOTICE

| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
|---|---|
| ALEXEY SHIKANOV<br>v.<br>MICHAEL CHERTOFF, et al. | DOCKET NO. C-07-2409-SC |
| | CASE:  **X** CIVIL    ☐ CRIMINAL |

**XXX**   TAKE NOTICE that a proceeding in the above-entitled case has been set for the time, date and place set forth below

| PLACE: U.S. DISTRICT COURT<br>           450 GOLDEN GATE AVENUE<br>           SAN FRANCISCO, CA 94102 | **COURTROOM: 1**    **FLOOR: 17**<br><br>**DATE: 8/17/07**    **TIME: 10:00 A.M.** |
|---|---|
| TYPE OF PROCEEDINGS:<br><br>**CASE MANAGEMENT CONFERENCE** | |

**XXX** TAKE NOTICE that the proceeding in the above-entitled case, has been CONTINUED as indicated below:

| **DATE & TIME PREVIOUSLY SET** | **DATE & TIME CONTINUED TO** | PLACE: U.S. DISTRICT COURT<br>           450 GOLDEN GATE AVENUE<br>           SAN FRANCISCO, CA 94102 |
|---|---|---|

_____As surety for the defendant, you are required to produce the defendant's person in court at the time, date and place set forth above; otherwise, the bail may be forfeited.[1]

| RICHARD W. WIEKING<br>     CLERK OF THE COURT<br><br>T. DE MARTINI<br>     DEPUTY CLERK          DATE: 5/9/07 | SPECIAL PROCEDURES OR REQUIREMENTS: |
|---|---|
| _XX____individual's attendance is required in person | |

---

[1] Applies only in criminal cases