SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXEY SHIKANOV, | ) |
|         Plaintiff, | ) No. C 07-2409 SC |
|     v. | ) |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; ROBIN BARRETT, Field Office Director, San Francisco District Office, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigations, | ) **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
|         Defendants. | ) |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

Date: July 5, 2007                                Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants


_____/s/_____
Date: July 5, 2007                                JUSTIN X. WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    8/13/07                           _____
SAMUEL CONTI
United States District Judge

*IT IS SO ORDERED* — Judge Samuel Conti

Stip. to Dismiss
C07-2409 SC                                          2

Case 3:07-cv-02409-SC    Document 9    Filed 08/13/2007    Page 2 of 2